

# Fourth Court of Appeals
## San Antonio, Texas

June 5, 2019

No. 04-19-00229-CV

**TEXAS P.M.R.**, Inc. and John Ripley,
Appellant

v.

Robert **RIPLEY** and Mary Guzman,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-23830
The Honorable Aaron Haas, Judge Presiding

## O R D E R

 This is an accelerated appeal from an order denying an application for temporary injunction. Appellants' brief was due June 3, 2019. On the due date, appellants filed an opposed motion for extension of time, asking for an additional fourteen days in which to file their brief. We **GRANT** appellants' motion and **ORDER** appellants to file their brief in this court on or before June 17, 2019.

 We **order** the clerk of this court to serve a copy of this order on all counsel.

_____
Beth Watkins, Justice

 IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of June, 2019.

_____
Keith E. Hottle,
Clerk of Court